**DISMISS; and Opinion Filed October 2, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00266-CR

### REGINALD WHITEMON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-58048-M**

## MEMORANDUM OPINION
Before Justices O'Neill, Lang-Miers, and Brown

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the

motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and

this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

140266F.U05

S

# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

REGINALD WHITEMON, Appellant

No. 05-14-00266-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F09-58048-M.
Opinion delivered per curiam before Justices
O'Neill, Lang-Miers, and Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 2nd day of October, 2014.